UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARRY COHEN,

        Plaintiff,

vs.                                             Case No. 2:07-cv-14295

U.S. STORAGE DEPOT, LLC, a Michigan      HON. ARTHUR TARNOW
limited liability company; U.S. STORAGE
DEPOT MANAGEMENT LLC, a Michigan
limited liability company; EXECUTIVES
A.I.D. INC., a Delaware corporation; GREAT
NORTHERN STAR LIMITED
PARTNERSHIP, a Michigan limited
partnership; CHRISTINA HAGEN JERGENS,
a Missouri citizen; REGINA HAGEN
ARBUTHNOT, a Missouri citizen; ROBIN
HAGEN ZURLA, a Michigan citizen; and
RONALD A. HAGEN, JR., a Michigan citizen,

        Defendants.
_____/

## STANDSTILL ORDER

Upon noting the consent of counsel for Plaintiff, counsel for all Defendants and counsel for Ronald A. Hagen, Sr. ("Hagen Sr."), and based upon statements placed upon the record on December 20, 2007, in the this matter,

**IT IS HEREBY ORDERED** as follows:

1. This Order is effective *nunc pro tunc* to December 20, 2007.

2. From and after December 20, 2007, until 11:59 p.m. on September 15, 2008, Hagen Sr. and Defendants shall, except as stated herein and except as stated in the Settlement Agreement, Standstill Agreement and Limited Release between the Parties (the "Settlement Agreement"), maintain the status quo with respect to the assets of Ford Lilley Group

-2-

LLC, Sterling Group of Michigan LP, and any of the Big Sky Membership Interests which may be transferred or assigned to Cohen or his designee as set forth in the Settlement Agreement.

      3.    During the Standstill Period, U.S. Storage Depot LLC, U.S. Storage Depot Management, LLC, Great Northern Star Limited Partnership and Executives A.I.D., Inc., shall operate in the ordinary course of business.

**IT IS SO ORDERED.**

        _s/ Arthur J. Tarnow_____
        UNITED STATES DISTRICT JUDGE

Dated: _March 5, 2008_

-3-

## CONSENT TO ENTRY OF ORDER

The undersigned hereby consent to the entry of the above Order without further notice or hearing.

\_\_/s David Murphy_____
DAVID MURPHY (P22980)
Pepper Hamilton LLP
100 Renaissance Center, 36th Floor
Detroit, MI  48243
(313) 393-7317
murphyd@pepperlaw.com
*Attorneys for Plaintiff*

\_\_/s Leon N. Mayer (with consent)\_\_\_\_
MICHAEL R. WERNETTE (P55659)
LEON N. MAYER (P54290)
Schafer and Weiner PLLC
40950 Woodward Avenue, Ste. 100
Bloomfield Hills, MI  48304
(248) 540-3340
mwernette@schaferandweiner.com
lnmayer@schaferandweiner.com
*Attorneys for Defendants*

\_/s Robert S. Klautky (with consent)_____
ROBERT S. KLAUTKY (P67641)
49206 Van Dyke Avenue
Shelby Township, MI  48317
(248) 514-3886
klautkyrs@comcast.net
*Attorney for Ronald Hagen, Sr., for
   limited purposes*

DATED:  March 4, 2008

#9200751 v4