UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARRY COHEN,

           Plaintiff,

vs.                                                  Case No. 2:07-cv-14295

U.S. STORAGE DEPOT, LLC, a Michigan      HON. ARTHUR TARNOW
limited liability company; U.S. STORAGE
DEPOT MANAGEMENT LLC, a Michigan
limited liability company; EXECUTIVES
A.I.D. INC., a Delaware corporation; GREAT
NORTHERN STAR LIMITED
PARTNERSHIP, a Michigan limited
partnership; CHRISTINA HAGEN JERGENS,
a Missouri citizen; REGINA HAGEN
ARBUTHNOT, a Missouri citizen; ROBIN
HAGEN ZURLA, a Michigan citizen; and
RONALD A. HAGEN, JR., a Michigan citizen,

           Defendants.

_____/

**ORDER DISMISSING ALL OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANTS REGINA ARBUTHNOT,
CHRISTINA JERGENS AND ROBIN ZURLA, ONLY,
<u>WITH PREJUDICE AND WITHOUT COSTS</u>**

Upon noting the consent of counsel for Plaintiff and counsel for Defendants Regina Hagen Arbuthnot, Christina Hagen Jergens and Robin Hagen Zurla, below, and pursuant to certain statements placed upon the record on December 20, 2007, in the this matter,

**IT IS HEREBY ORDERED** that all of Plaintiff's claims and causes of action, and Plaintiff's Complaint and First Amended Complaint herein, be and the same hereby are DISMISSED, with prejudice against Defendants Regina Hagen Arbuthnot, Christina Hagen Jergens and Robin Hagen Zurla, only, with prejudice and without costs. This Order does not affect Plaintiff's claims, causes of action, Complaint or First Amended Complaint against the other Defendants in this action.

**IT IS SO ORDERED.**


S/ARTHUR J. TARNOW
Arthur J. Tarnow
United States District Judge

Dated: April 1, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 1, 2008, by electronic and/or ordinary mail.

S/THERESA E. TAYLOR
Case Manager

-3-

## CONSENT TO ENTRY OF ORDER

The undersigned, being counsel for Plaintiff and Defendants Regina Arbuthnot, Christina Jergens and Robin Zurla, hereby consent to the entry of the above Order without further notice or hearing.

| | |
|---|---|
| ___/s David Murphy_____ | ___/s Leon Mayer (with consent)_____ |
| DAVID MURPHY (P22980) | MICHAEL R. WERNETTE (P55659) |
| Pepper Hamilton LLP | LEON N. MAYER (P54290) |
| 100 Renaissance Center, 36th Floor | Schafer and Weiner PLLC |
| Detroit, MI 48243 | 40950 Woodward Avenue, Ste. 100 |
| (313) 393-7317 | Bloomfield Hills, MI 48304 |
| murphyd@pepperlaw.com | (248) 540-3340 |
| *Attorneys for Plaintiff* | mwernette@schaferandweiner.com |
| | lnmayer@schaferandweiner.com |
| | *Attorneys for Defendants* |

DATED:  March 27, 2008

#9200761 v2